UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE TOURVILLE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NEIL JONES FOOD COMPANY,<br><br>    Defendant. | Case No.   1:14-cv-01195-SAB<br><br>ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

On April 17, 2015, Plaintiff filed a stipulation to dismiss this action with prejudice as the parties have reached a settlement. (ECF No. 10.) The parties in this action have all consented to the jurisdiction of the magistrate judge. (ECF Nos. 4, 5.) Based upon the stipulation of the parties, this action is dismissed with prejudice in its entirety. Each party shall bear its own costs and attorney fees incurred in this action.

IT IS SO ORDERED.

Dated:   **April 20, 2015**

UNITED STATES MAGISTRATE JUDGE